# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR50 |
| vs. | ) | |
| SYDNEY DECAPIANO | ) | ORDER |
| Defendant.. | ) | |

This matter is before the court on the defendant's unopposed Amended Motions to Continue [22] and [23]. Counsel is seeking additional time to complete negotiations and come to a resolution for this case. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Amended Motions to Continue [22] and [23] are granted as follows:

1. The jury trial, now set for August 8, 2017 is continued to **October 10, 2017.**

2. The defendant shall file an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 10, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 3, 2017.**

BY THE COURT:

s/Susan M. Bazis
**United States Magistrate Judge**